UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:     Chapter 13

Ebony L. Gresham,     Case No. 18-56289

    Debtor.     Hon. Phillip J. Shefferly
_____/

## ORDER REGARDING APPLICATION OF THE HAVEN ACT TO THE DEBTOR'S PROPOSED PLAN MODIFICATION

On March 10, 2020, the Court issued an Opinion Regarding Application of the HAVEN Act to the Debtor's Proposed Plan Modification ("Opinion") (ECF No. 62). For the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that the HAVEN Act applies to the calculation of current monthly income for purposes of the Debtor's proposed post-confirmation Chapter 13 plan modification (ECF No. 40).

**Signed on March 10, 2020**



/s/ Phillip J. Shefferly
**Phillip J. Shefferly**
**United States Bankruptcy Judge**